UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Juliet Monina Delacruz-Stein

Case No.:    20-16129 SLM

Chapter:    13

Hearing Date:    9/7/2021

Judge:    Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Creditor's Motion for Relief from Stay filed on August 13, 2021 at

at Document ID Number 39

Date: 9/2/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*