UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Juliet Monina Delacruz-Stein

Case No.: 20-16129
Chapter: 7
Judge: SLM

**NOTICE OF PROPOSED ABANDONMENT**

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on ____May 31, 2022____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3A___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 11 Highland Ave
Montville, NJ
$265,000.00

Liens on property: M & T Bank - $240,000.00

Amount of equity claimed as exempt: $11,825.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson, Chapter 7 Trustee
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Juliet Monina Delacruz-Stein  
    Debtor

Case No. 20-16129-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 27, 2022      Form ID: pdf905      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juliet Monina Delacruz-Stein, 11 Highland Avenue, Montville, NJ 07045-9526 |
| 518820752 | | CAPITAL ONE AUTO FINANCE, PO Box 6051, City of Industry, CA 91716, Account ending in 6394 |
| 518820755 | + | M&T BANK, PO Box 619068, Dallas TX 75261, Account ending in 75261-9068 |
| 518820754 | | MACYS, PO Box 90001094, Louisville, KY 40290, Account ending in 383-2 |
| 518820757 | + | UEMC, 5495 Belt Line Road, STE 200, Dallas, TX 75254, Account ending in 75254-7658 |
| 518820758 | + | WALMART MASTERCARDS SYNCHRONY BANK, PO Box 960024, Orlando, FL 32896, Account ending in 32896-0024 |
| 518821271 | + | Walter Stein, 11 Highland Avenue, Montville, NJ 07045-9526 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 20:54:49 | Capital One Auto Finance, A Division of Capital On, c/o AIS Portfolio Services LP, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 20:54:27 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518820751 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 20:54:37 | CAPITAL ONE, PO BOX 6492, Carol Stream, IL 60197, Account ending in 60197-6492 |
| 518838659 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 20:54:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518820753 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 20:54:37 | DISNEY REWARDS, Cardmember service, PO Box 1423, Charlotte, NC 28201, Account ending in 2207 |
| 518821551 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 20:54:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518820756 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 20:54:27 | TJX REWARDS/ SYNCRONY BANK, PO Box 530949, Atlanta, GA 30353, Account ending in 30353-0949 |
| 518821296 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 20:54:27 | Walmart Mastercard/SyncBank, PO BOX 960024, Orlando, FL 32896-0024 |

TOTAL: 10

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf905 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518838660 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Larry B Goodman | on behalf of Debtor Juliet Monina Delacruz-Stein larrygoodmanlaw@gmail.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4