Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20–16129–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juliet Monina Delacruz–Stein
   11 Highland Avenue
   Montville, NJ 07045

Social Security No.:
   xxx–xx–5368

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

   I  Lucinda Chapman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

11 Highland Ave Montville, NJ

Dated: May 26, 2022
JAN: lc

                                                        Jeanne Naughton
                                                        Clerk